United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ANDREA BIRDWELL,**<br><br>　　　Plaintiff,<br><br>　　v.<br><br>**WAL-MART STORES, INC.,** *et al.*,<br><br>　　　Defendants. | Case No.: 15-CV-4051 YGR<br><br>**ORDER GRANTING MOTION OF DEFENDANTS TO DISMISS FOURTH CAUSE OF ACTION AND CLAIMS AGAINST INDIVIDUAL DEFENDANTS WITHOUT LEAVE TO AMEND** |

　　Plaintiff Andrea Birdwell ("Birdwell") brings this action against Defendants Wal-Mart Stores, Inc., Michael Hamilton, Janelle Walton, Colleen O'Baugh, and Nicholas Gonnella (named in the complaint as Nicholas "Gionella"). Plaintiff alleges claims for wrongful termination in violation of the California Fair Employment and Housing Act, Cal. Gov't Code section 12900, on account of gender discrimination and medical condition/pregnancy, as well as termination in violation of public policy, and intentional infliction of emotional distress.

　　Defendants have filed a motion seeking: (1) to dismiss the First, Second, and Third Causes of Action as against individual defendants who cannot be liable for wrongful termination-based claims; (2) to dismiss the Fourth Cause of Action against all defendants for failure to allege facts sufficient to state a claim and because it is barred by the exclusivity provisions of the California Workers' Compensation Act, Cal. Labor Code section 3600 et seq.; and (3) to dismiss individual defendants as fraudulently joined "sham" defendants. (Dkt. No. 6.)

　　In her response to the motion, Birdwell concedes that the claims against the individual defendants and the Fourth Cause of Action for intentional infliction of emotional distress should be dismissed.

Accordingly, and based upon Plaintiff's non-opposition, the Motion to Dismiss is **GRANTED**.

The Fourth Cause of Action for intentional infliction of emotional distress is hereby **DISMISSED WITH PREJUDICE.**

Defendants Michael Hamilton, Janelle Walton, Colleen O'Baugh, and Nicholas Gonnella (named in the complaint as Nicholas "Gionella") are **DISMISSED WITH PREJUDICE**.

Plaintiff shall file an amended complaint reflecting the partial dismissals set forth above no later than **October 28, 2015**. Defendants shall have 20 days thereafter to file their responsive pleading.

This terminates Docket No. 6.

**IT IS SO ORDERED**.

Date: October 20, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**