UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANDREA BIRDWELL,

               Plaintiff,

    v.

WAL-MART STORES, INC.,

               Defendant.

Case No.  15-cv-04051-YGR

**CASE MANAGEMENT AND PRETRIAL ORDER**

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court hereby sets the following trial and pretrial dates:

## PRETRIAL SCHEDULE

| | |
|---|---|
| CASE MANAGEMENT CONFERENCE: | Monday, April 25, 2016 at 2:00 p.m. |
| REFERRED TO ADR FOR PRIVATE MEDIATION TO BE COMPLETED BY: | April 1, 2016 |
| LAST DAY TO JOIN PARTIES OR AMEND PLEADINGS: | Only with Court Approval |
| NON-EXPERT DISCOVERY CUTOFF: | August 1, 2016 |
| DISCLOSURE OF EXPERTS (RETAINED/NON-RETAINED): | Opening: September 1, 2016<br>Rebuttal: September 15, 2016 |
| EXPERT DISCOVERY CUTOFF: | September 30, 2016 |
| DISPOSITIVE MOTIONS[1] / DAUBERT MOTIONS TO BE HEARD BY: | November 8, 2016 [filed by 10/11/16] |
| COMPLIANCE HEARING (*SEE* PAGE 2) | Friday, December 16, 2016 at 9:01 a.m. |
| JOINT PRETRIAL CONFERENCE STATEMENT: | January 6, 2017 |
| PRETRIAL CONFERENCE: | Friday,  January 20, 2017 at 9:00 a.m. |
| TRIAL DATE AND LENGTH: | Monday, February 6, 2017 at 8:30 a.m. for 5 days (Jury Trial) |

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

United States District Court
Northern District of California

United States District Court
Northern District of California

1   Pursuant to the Court's Pretrial Instructions in Civil Cases at Section 2, trial counsel shall meet

2   and confer at least twenty-one (21) days in advance of the Pretrial Conference.  The compliance

3   hearing on Friday, December 16, 2016 at 9:01 a.m. is intended to confirm that counsel have

4   reviewed the Court's Pretrial Setting Instructions and are in compliance therewith.  The

5   compliance hearing shall be held in the Federal Courthouse, 1301 Clay Street, Oakland,

6   California, in Courtroom 1.  Five (5) business days prior to the date of the compliance hearing, the

7   parties shall file a one-page JOINT STATEMENT confirming they have complied with this

8   requirement or explaining their failure to comply.  If compliance is complete, the parties need not

9   appear and the compliance hearing will be taken off calendar.  Telephonic appearances will be

10  allowed if the parties have submitted a joint statement in a timely fashion.  Failure to do so may

11  result in sanctions.

12   As set forth above, the parties are REFERRED to private mediation.  The parties shall provide the

13  Court with the name of an agreed-upon mediator by January 1, 2016, by filing a JOINT Notice.  A

14  compliance hearing regarding shall be held on Friday, January 8, 2016 on the Court's 9:01a.m.

15  calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, in courtroom 1.  By

16  January 1, 2016, the parties shall file either the JOINT Notice or a one-page JOINT STATEMENT

17  setting forth an explanation for their failure to comply.  If compliance is complete, the parties need

18  not appear and the compliance hearing will be taken off calendar.  Telephonic appearances will be

19  allowed if the parties have submitted a joint statement in a timely fashion.

20          The parties must comply with both the Court's Standing Order in Civil Cases and Standing

21  Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures.  All

22  Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

23          **IT IS SO ORDERED.**

24  Dated: December 9, 2015

25

26                                                      YVONNE GONZALEZ ROGERS
                                                        United States District  Court Judge
27

28

2